UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD JENKINS | CIVIL ACTION |
| VERSUS | NO. 22-37 |
| VA MEDICAL CENTER, *et al.* | SECTION M (5) |

### ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the plaintiff's objection to the R&R,[2] the Court hereby overrules the plaintiff's objection, approves the R&R, and adopts the R&R as its opinion in this matter. The R&R recommends that this Court dismiss this action without prejudice for lack of subject-matter jurisdiction because plaintiff failed to plead that he exhausted his administrative remedies as required by the Federal Tort Claims Act.[3] In his objection, plaintiff claims that he filed a "Standard form 95" within the two-year statute of limitations.[4] However, plaintiff provides no details (either in his complaint or in any other submission) regarding the "Standard form 95" he says he filed: he does not identify the agency with which he filed it, the date on which it was filed, or the disposition of his alleged filing. Nor does plaintiff submit a copy of the form he says he filed. Thus, plaintiff has not satisfied his obligation to plead subject-matter jurisdiction.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed without prejudice for lack of subject-matter jurisdiction.

---

[1] R. Doc. 25.
[2] R. Doc. 27.
[3] R. Doc. 25 at 1-5.
[4] R. Doc. 27 at 1.

New Orleans, Louisiana, this 12th day of May, 2022.

                                                                         _____
                                                                         BARRY W. ASHE
                                                                         UNITED STATES DISTRICT JUDGE